IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

```
____FILED  ____ENTERED
____LODGED ____RECEIVED

DEC 4 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY
```

| | |
|---|---|
| VERONICA HALL, | * |
| Plaintiff | * |
| vs. | * CIVIL ACTION # WMN-01-3120 |
| seca CORPORATION | * |
| and | * |
| ROBERT M. VOGEL | * |
| Defendants | |

\* \* \* \* \* \* \* \*

## STIPULATION OF CHANGE IN SCHEDULING ORDER

The parties hereby agree and stipulate to, and request that the Court approve, the following changes in the Court's scheduling order:

1. Joint Request for early settlment/ADR Conference — December 26, 2001

2. Report re deposition hours. — December 26, 2001

3. Initial Report whether there is unanimous consent to proceed before a United States Magistrate Judge — December 26, 2001

Respectfully submitted,

_____
Jeffrey L. Poston
Maryland Bar #015001
King, Pagano, & Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900

_____
Peter J. Sommer
Maryland Bar #00630
Sommer & Steele, LLC
849 Fairmount Avenue, Suite 201
Baltimore, Maryland 21286

Washington, DC 20006  (410) 583-0001
(202) 371-6800  Attorney for Plaintiff
Attorney for Defendant

APPROVED this 4th day of December, 2001.

_____
William M. Nickerson
United States District Judge