FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
NORTHERN DIVISION

2001 DEC 13 A 10:48

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | |
|---|---|
| VERONICA HALL | * |
| Plaintiff | * |
| | * |
| vs. | * CIVIL ACTION #   WMN-01-3120 |
| seca CORPORATION | * |
| and | * |
| ROBERT M. VOGEL | * |
| Defendants | * |

* * * * * * * *

### STIPULATION OF EXTENSION OF TIME

The parties have agreed to allow the plaintiff until Monday, December 17, 2001 to respond to the Defendants' Motion To Dismiss.

Respectfully submitted,

_____                         _____
Jeffrey L. Poston                                 Peter J. Sommer
Maryland Bar #015001                              Maryland Bar #00630
King, Pagano, & Harrison                          Sommer & Steele, LLC
1730 Pennsylvania Avenue, N.W.                    849 Fairmount Avenue, Suite 201
Suite 900                                         Baltimore, Maryland  21286
Washington, DC 20006                              (410) 583-0001
(202) 371-6800                                    Attorney for Plaintiff
Attorney for Defendant

APPROVED this 12th day of December, 2001

_____
William M. Nickerson, United States District Judge