IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| VERONICA HALL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>seca CORPORATION )<br>)<br>and )<br>)<br>ROBERT M. VOGEL )<br>)<br>Defendants. )<br>) | Civil Action No. WMN01CV3120 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action stipulate that Count Three of the Complaint shall be dismissed with prejudice as to all Defendants. Costs are to be borne by Plaintiff.

_____  
Jeffrey L. Poston  
Md. Federal Bar No. 015001  
King, Pagano & Harrison  
1730 Pennsylvania Avenue, N.W.  
Suite 900  
Washington, D.C. 20006  
Phone: (202) 371-6800  
Fax: (202) 371-6770  

Attorney for Defendant

_____  
Peter J. Sommer  
Maryland Bar No. 00630  
Sommer & Steele, LLC  
849 Fairmount Avenue  
Suite 201  
Baltimore, Maryland 21286  
Phone: (410) 583-0001  
Fax: (410) 583-9020  

Attorney for Plaintiff

-2-

Approved this \_\_\_27th\_\_ day of December 2001

_____
William M. Nickerson
United States District Judge