IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| VERONICA HALL | | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: WMN01CV3120 |
| seca Corporation | * | |
| and | * | |
| ROBERT M. VOGEL | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure stipulate that the Plaintiff hereby may dismiss with prejudice this Complaint as to all Defendants. Costs are to be borne by Plaintiff.

_____
JEFFREY L. POSTON
Maryland Bar #015001
King, Pagano & Harrison
1730 Pennsylvania Avenue, NW.
Suite 900
Washington, DC 20006
(202) 371-6800

_____
TRINA L. FAIRLEY
Maryland Bar #15230
King, Pagano & Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20006
(202) 371-6800

Attorneys for Defendant

_____
THOMAS E. WEBB
Maryland Bar #02004
Webb & Blitz, L.L.C.
Heaver Plaza, Suite 506
1301 York Road
Lutherville, Maryland 21093
(410) 321-1896

_____
PETER J. SOMMER
Maryland Bar #00630
Sommer & Steele, L.L.C.
849 Fairmount Avenue
Dulaney Center I, Suite 201
Baltimore, Maryland 21286
(410) 583-0001

Attorneys for Plaintiff



APPROVED this 13th day of February, 2002

_____
William M. Nickerson, United States District Judge